# Exhibit 1

# Certificate of Registration for VA 825-478

**Additional Certificate (17 U.S.C. 70)**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

FORM VA
VA 825-478

EFFECTIVE DATE OF REGISTRATION
DEC 24 1996

**TITLE OF THIS WORK ▼**
Bj 3354 (Ring, Pendant, Earring) - Diamond, Gemstone, Pearl

**PREVIOUS OR ALTERNATIVE TITLES ▼**
U.S. Model Numbers - B14407, B14456, Bj 3354 Jewelry Designs
Bj 3354 (Earring) - Diamond, Gemstone, Pearl

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

## 2

**a NAME OF AUTHOR ▼**
Brilliant IDEAS, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☒ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

## 3

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1994

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month May   Day 20   Year 94

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Brilliant IDEAS, Inc.
56 West 45th Street, 5th Floor
New York, NY 10036

APPLICATION RECEIVED
DEC 24 1996
ONE DEPOSIT RECEIVED
DEC 24 1996
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶

EXAMINED BY __JH__   FORM A

CHECKED BY

☐ CORRESPONDENCE
　　Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼　　**Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼　　　　　　　　　　　　　　　　　　　**Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.　Name/Address/Apt/City/State/ZIP ▼
Reuben Ebrahimoff - President
Brilliant IDEAS, Inc.
56 West 45th Street, 5th Floor
New York, NY 10036
　　　　Area Code and Telephone Number ▶ (212) 398-9570

Be sure to
give your
daytime phone
number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____
　　　　name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Reuben Ebrahimoff　　　　　　　　　　　　　　　　　　　　　　date ▶ 12/18/96

✎ Handwritten signature (X) ▼
　_Reuben Elaff_

MAIL
CERTIFI-
CATE TO

**Name** ▼
Brilliant IDEAS, Inc. - Reuben Ebrahimoff

Certificate
will be
mailed in
window
envelope

**Number/Street/Apt** ▼
56 West 45th Street, 5th Floor

**City/State/ZIP** ▼
New York, NY 10036

**9**

# Exhibit 2

# Photograph of BI 4456, Jewelry Design Protected by Copyright Registration No. VA 825-478





# Exhibit 3

# Materials Mailed to the Copyright Office Regarding Application titled, "Frame With Pear Stone"

PETER L. BERGER
JANE B. LINOWITZ
TUVIA ROTBERG
JONATHAN BERGER

DAVID COWAN
TECHNICAL CONSULTANT

LEVISOHN BERGER LLP
61 BROADWAY
NEW YORK, NEW YORK 10006

TEL: (212) 486-7272
FAX: (212) 486-0323
WEBSITE: WWW.LLBL.COM
E-MAIL TO OFFICE:
PATENT@LLBL.COM

PATENTS,
TRADEMARKS
AND COPYRIGHTS

E-MAIL TO ATTORNEY:
FIRST INITIAL AND
LAST NAME OF
ATTORNEY@LLBL.COM

August 16, 2007

**BY EXPRESS MAIL**
Registrar of Copyrights
Special Handling
Copyright Receiving and Processing
PO Box 71380
Washington, D.C. 20024-1380

Re:   Special Handling Copyright Application
      For: Frame with Pear Stone
      Our File No. 1265.012

Dear Sir/Madam:

We submit by Special Handling an application to register a copyright to a derivative work.

Applicant, B.I.G. Jewelry Co., is the owner by assignment of copyright rights and the copyright registration VA825-478 to a jewelry design as depicted in Exhibit A. Exhibit A comprises a jewelry frame and a marquise shaped stone.

In 2004 Ari Tannenbaum substituted a pear shaped stone for the marquise stone of B.I.G. as shown in Exhibit B attached hereto.

While we believe that there may be no authorship in substituting the pear shaped stone for the marquise stone in the frame, B.I.G. is filing this copyright application for this derivative work. B.I.G. understands that the Copyright Office may refuse to register this since the substitution of a pear shaped stone for a marquise stone may not constitute authorship.

Respectfully submitted,
LEVISOHN BERGER LLP

Peter L. Berger

PLB:wr
Enclosures

H:\WLR1\1265\1265.012-RegofCpy-81607.wpd

# request for special handling

**FOR SPECIAL HANDLING REQUESTS ONLY**
MAIL TO: Special Handling - Copyright Receiving and Processing – PO Box 71380, Washington, D.C. 20024-1380

**1** SPECIAL HANDLING IS NOT FOR CONVENIENCE ONLY !

*NOTE: The special handling of a registration application or other fee service severely disrupts entire registration process and workflow of the Copyright Office. It is granted only in the most urgent of cases. A request for special handling is subject to the approval of the Chief of the Receiving and Processing Division, who takes into account the workload situation of the office a the time the request is made. A minimum period of five working days is required to process a registration application under special handling procedures.*

Why is there an urgent need for special handling?

x Litigation      ☐ Contractual/Publishing Deadlines

☐ Customs Matter     ☐ Other, Specify

**2** If you must have the **requested** action to go forward with the litigation, please answer the following questions.

Unless all blanks are completed your request cannot be processed.

a. Is the litigation actual or prospective? Prospective

b. Are you (or your client) the plaintiff or defendant in the action? **Please specify.** Plaintiff

c. What are the names of the parties and what is the name of the court where the action is pending or expected? Parties: Plaintiff - B.I.G Jewelry Co., Defendant - Target; Court where action is expected: US District Court – Southern District- New York.

👉 _____(Signature)_____

I certify that the statements above are correct to the best of my knowledge.

_____(_____(_____
(Address)

_____
(Phone)                                                  (Date)

**FOR COPYRIGHT**
**OFFICE USE ONLY**    Information Specialist handling matter
_____

## remarks

C 2 August 1987 – 1,000'

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____
VA            VAU
EFFECTIVE DATE OF REGISTRATION

_____
Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**
FRAME WITH PEAR STONE

**NATURE OF THIS WORK ▼** See Instructions
Jewelry Pendant

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

## 2

**a** **NAME OF AUTHOR ▼**
B.I.G. Jewelry Co.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _New York_
    { Domiciled in _New York_

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☑ Jewelry design   ☐ Architectural work

**b** **Name of Author ▼**
Ari Tannenbaum

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _USA_
    { Domiciled in _New York_

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☑ Jewelry design   ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**  2004
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month 10   Day 15   Year 2004
Nation USA

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
B.I.G. Jewelry Co.
115 West 30th Street, New York, New York 10001

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ VA825-478    Year of Registration ▼ 1996

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
See photo of Jewelry item comprising gold frame and marquise stone

b. Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
See photo of derivative jewelry item comprising same gold frame but substituting pear shaped stone for marquise stone

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Peter L. Berger, Esq.
Levisohn Berger LLP, 61 Broadway, 32nd Floor, New York, NY 10006

Area code and daytime telephone number (212) 486-7272 ext. 302    Fax number (212) 486-0323
Email pberger@LLBL.com

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of B.I.G. Jewelry Co.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Reuben Ebrahimoff    Date 08/15/07

Handwritten signature (X) ▼
X _Reuben Ebra [signature]_

**9 Certificate will be mailed in window envelope to this address:**
Name ▼
Peter L. Berger, Esq. c/o Levisohn Berger LLP
Number/Street/Apt ▼
61 Broadway, 32nd Floor
City/State/Zip ▼
New York, NY 10006

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection







**EXHIBIT A**



**EXHIBIT B**
FRAME WITH PEAR STONE

# Exhibit 4

# Letter From Copyright Office Regarding Application titled, "Frame With Pear Stone"

COPYRIGHT OFFICE    RB/rc-d

August 23, 2007



LEVISOHN BERGER LLP
ATTN: PETER L BERGER
61 BROADWAY  32ND FLOOR
NEW YORK  NY  10006

Control Number: 61-503-265 (L)
Re:  "Frame with Pear Stone"
Copyright Claimant: B.I.G. Jewelry Co
Your File No.: 1265.012

LIBRARY
OF
CONGRESS

Dear Mr. Berger:

According to space 6 of your application, this claim is based on new material added to preexisting elements. We cannot register this claim because the new material does not contain a sufficient amount of original authorship.

To be protected by copyright, a work must contain original literary, artistic, or musical expression. If a work contains previously registered, previously published, or public domain material, the copyright in the revised version covers only the additions or changes appearing for the first time. If a work contains only minor revisions or additions, or consists only of new material not protected by copyright, registration is not possible.

Washington
D.C.
20559-6000

Examples of material not protected by copyright include names, titles, short phrases, **familiar shapes and symbols,** typography, layout, format, or a mere change of size or coloring.

Because there is no basis for registration, we are closing your file without further action. The nonrefundable filing fee has been applied to administrative costs.

Sincerely,
Rebecca Barker, Examiner
Visual Arts Section
By: Rc

Enclosures:
Cirs. 14, 31, 34, 96 Sec. 202.1
SL-4a (Reconsideration Procedure)