IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B.I.G. JEWELRY CO., L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> TARGET BRANDS, INC., AMBRAS FINE JEWELRY, INC., SAMUEL JEWELERS, GITANJALI GEMS LTD., and JOHN DOES 1-5, <br><br> Defendants. | **JUDGE BUCHWALD** <br><br> Civil Action No.: <br><br> Rule 7.1 Statement <br><br> 07 CIV 8245 |

### CERTIFICATION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for B.I.G. Jewelry Co., L.L.C. (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: September 21, 2007

Respectfully submitted,

By: _____

Peter Berger (PB - 0121)
Jonathan Berger (JB -1025)

LEVISOHN BERGER, LLP
61 Broadway, 32nd Floor
New York, NY 10006
212-486-7272

Attorneys for Plaintiff
B.I.G. JEWELRY CO., L.L.C.,

H:\Jonathan\B I G\BIG v Target Ambrass Samuels, et al\RULE 7 STATEMENT.wpd