UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

B.I.G. JEWELRY CO., L.L.C.,

                      Plaintiff,

Vs

TARGET BRANDS, INC., et al.,

                      Defendants.

**Case No.
07cv8245**

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK)
COUNTY OF NEW YORK} ss.:

Julio Delara, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On October 12, 2007 11:05 a.m. at 469 7th Avenue, 7th floor, New York, NY 10018, I served the within SUMMONS, COMPLAINT and RULE 7.1 on AMBRAS FINE JEWELRY, INC., defendant therein named, by delivering a true copy of same to EZRA U. DWECK, Sales Manager and designated agent.

The person served is a white male, black hair, 30-40 years old, 6'2"-6'4" in height, 175-185 pounds.

                                                Julio Delara
                                                License No. 991178

Sworn to before me this
12th day of October 2007

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20 10

---

*LegalEase, Inc.*

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796