**STATE OF MINNESOTA**

**COUNTY OF HENNEPIN**

**AFFIDAVIT OF SERVICE**

Jeremy Fuchs, being duly sworn, on oath says: that on the 12th day of October, 2007, at 11:45am (s)he served the attached Summons & Complaint upon Target Brands, Inc therein named, personally at 1000 Nicollet Mall, Minneapolis, County of Hennepin, State of Minnesota, by handing to and leaving with Sebastian Umoren, Clerk, an expressly authorized agent for said Target Brands, Inc., a true and correct copy thereof

Sebastian Umoren is a black male, approximately 30 years old, 180 #, 6'0" with brown hair.

Subscribed and sworn to before me,
October 15, 2007.

_____
Notary Public

MICHAEL D NIELSEN
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan 31 2010

Re: 07cv8245