AMBRAS 6.0-001

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B.I.G. JEWELRY CO., L.L.C.<br><br>Plaintiff,<br><br>v.<br>TARGET CORPORATION, AMBRAS FINE JEWELRY, INC., SAMUEL JEWELERS, INC., GITANJALI GEMS LTD, and JOHN DOES 1-5<br><br>Defendants. | Case No. 1:07-CV-08245 (NRB)<br><br>Judge Naomi Reice Buchwald<br><br>**ECF CASE** |

## DEFENDANT AMBRAS FINE JEWELRY, INC. RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Ambras Fine Jewelry, Inc., states that it has no parent corporation, and that there are no publicly held corporations that own more than 10% of Ambras Fine Jewelry, Inc.'s Stock.

Dated: *Nov. 19, 2007*

Ezra Sutton, Esquire
Ezra Sutton, P.A.
Plaza 9, 900 Route 9
Woodbridge, New Jersey 07095
Attorney for Defendant,
Ambras Fine Jewelry, Inc.