UNITED STATES DISTRICT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK

B.I.G. JEWELRY CO., L.L.C.,

Plaintiff,

-against-

TARGET CORPORATION, AMBRAS FINE JEWELRY, INC., SAMUELS JEWELERS, INC., GITANJALI GEMS LTD., and JOHN DOES 1-5,

Defendants.

Case No. 07-CIV-08245 (NRB)

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**




Upon the motion of Defendants Samuels Jewelers, Inc. and Gatanjali Gems, Ltd., supported by the Declaration of its counsel, Holly Schrader, sponsor for Ravi K. Sandill

IT IS HEREBY ORDERED that:

Ravi K. Sandill
Steele Sturm, P.L.L.C.
1000 Louisiana, Suite 3780
Wells Fargo Plaza
Houston, Texas 77002
(713) 659-2600
(713) 659-2601
rsandill@steelesturm.com

is admitted to practice *pro hac vice* as counsel for Defendants, Samuels Jewelers, Inc. and Gatanjali Gems, Ltd., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately

apply for and ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: February ~~13~~ 28, 2008
New York, New York

United States District/~~Magistrate~~ Judge