```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
B.I.G. JEWELRY CO., L.L.C.,

           Plaintiff,

    - against -

TARGET BRANDS, INC., AMBRAS FINE JEWELRY,
INC., SAMUEL JEWELRS, GITANJALI GEMS
LTD., and JOHN DOES 1-5,

           Defendants.
------------------------------------X

O R D E R

07 Civ. 8245 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that this case has been settled, it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

Dated:    New York, New York
           May 29, 2008

                                              NAOMI REICE BUCHWALD
                                              UNITED STATES DISTRICT JUDGE