**MEMO ENDORSED**

# LEVISOHN BERGER LLP
61 BROADWAY
NEW YORK, NEW YORK 10006

TEL: (212) 486-7272
FAX: (212) 486-0323
WEBSITE: WWW.LLBL.COM

PETER L. BERGER
JANE B. LINOWITZ
JONATHAN BERGER
TUVIA ROTBERG

DAVID COWAN
TECHNICAL CONSULTANT

PATENTS,
TRADEMARKS
AND COPYRIGHTS

E-MAIL TO ATTORNEY:
FIRST INITIAL AND
LAST NAME OF
ATTORNEY@LLBL.COM

June 26, 2008

**BY FAX (212) 805-7927**
Hon. Judge Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
JUN 26 2008
UNITED STATES DISTRICT JUDGE

Re:   B.I.G. Jewelry v. Target Brands, et al.
      Civil Action No. 07 CIV 8245
      Our File No. 1265.012

Dear Judge Buchwald:

The court entered a discontinuance order on May 29, 2008 allowing 30 days to finalize a settlement agreement. The parties have actively been engaged in finalizing all details, and yesterday, on the eve of signatures, an issue arose as to the scope of the copyright.

The parties ask for an extension of the discontinuance order for a period of 30 days during which time we would hope to be able to resolve this issue. It is a very narrow issue, and the parties will continue their best efforts to close this issue relatively promptly.

*So Ordered. [signature] Summed, USDJ 6/27/08*

We thank you for your consideration and patience in allowing us to attempt to resolve and finalize this matter.

Very truly yours,
LEVISOHN BERGER LLP

[signature]

Peter L. Berger
Signing on behalf of Peter Berger
and Ezra Sutton

PLB/wr
cc:   By Email
      Ezra Sutton, Esq.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08